Zabriskie v. Huyler.

*Mr. Thomas W. Randall,* for the appellant.

*Mr. John Whitehead,* for the respondent.

---

MINNIE ZABRISKIE et al., appellants,

*v.*

WILLIAM HUYLER et al., respondents.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Chancellor Stevenson, whose opinion is reported in *17 Dick. Ch. Rep. 697.*

*Mr. John W. Griggs* and *Mr. Cornelius Doremus,* for the appellants.

*Mr. William W. Watson,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—12.

*For reversal*—None.